IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARTIN WEINBERG** | : CIVIL ACTION |
| | : |
| v. | : NO. 22-1573 |
| | : |
| **LEGION ATHLETICS, INC., MICHAEL MATTHEWS, CHRISTOPHER BARAKAT, SERDAR TUNCALI, DR. JOSHUA MAHER, DR. BRIAN GRANT, DR. MIKE RUSCIO, DR. TANEI RICKS, DR. KASEY JO ORVIDAS, EUGENE K. CHOI, M.D., TYLER CLINARD, DR. NOORA ALAKULPPI, DR. AYLIA MOHAMMADI, DENNIS BOJRAB II, M.D., DR. JESSIE HOFFMAN, ASTRID NARANJO** | : |

# ORDER

**AND NOW**, this 21st day of July 2023, upon considering defendants' motion to dismiss (DI 6), plaintiff's opposition (DI 7), defendants' reply (DI 8), oral argument by the parties on April 10th, 2023 (DI 17), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Defendants' motion to dismiss (DI 6) is **GRANTED in part** and **DENIED in part**;

2. The individual defendants[1] are **DISMISSED** for lack of personal jurisdiction;

3. Mr. Weinberg's negligence per se claim (DI 1 ¶¶ 115-127) is **DISMISSED**; and,

4. Mr. Weinberg may amend his complaint (DI 1) within fourteen (14) days of this order.

**MURPHY, J.**

---

[1] The individual defendants are Michael Matthews, Christopher Barakat, Serdar Tuncali, Dr. Joshua Maher, Dr. Brian Grant, Dr. Mike Ruscio, Dr. Tanei Ricks, Dr. Kasey Jo Orvidas, Dr. Eugene K. Choi, Tyler Clinard, Dr. Noora Alakulppi, Dr. Aylia Mohammadi, Dr. Dennis Bojrab II, Dr. Jessie Hoffman, and Astrid Naranjo.