# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARTIN WEINBERG,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LEGION ATHLETICS, INC., *a Florida corporation*; MICHAEL MATTHEWS; CHRISTOPHER BARAKAT; SERDAR TUNCALI; DR. JOSHUA MAHER; DR. BRIAN GRANT; DR. MIKE RUSCIO; DR. TANEI RICKS; DR. KASEY JO ORVIDAS; EUGENE K. CHOI, M.D.; TYLER CLINARD; DR. NOORA ALAKULPPI; DR. AYLIA MOHAMMADI; DENNIS BOJRAB II, M.D.; DR. JESSIE HOFFMAN; and ASTRID NARANJO,<br><br>　　　　Defendants. | No. 2:22-cv-01573-JFM<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Martin Weinberg hereby dismisses this action WITH PREJUDICE. Defendant has reviewed and stipulated to this dismissal.

Respectfully submitted,

Dated: September 5, 2023

*/s/ Carol S. Harding*
Carol S. Harding
csharding@earpcohn.com
EARP COHN P.C.
123 South Broad, Suite 1030
Philadelphia, PA 19109-1022
Tel: (856) 354-7700

-1-

1  **SEEN AND AGREED:**

2  By: /s/ *John M. Wutz*
3  John M. Wutz
   Chartwell Law
4  One Logan Square, 26th Fl.
   130 N. 18th Street
5  Philadelphia, PA 19103
   jwutz@chartwelllaw.com

6  *Attorneys for Defendants*

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-1-
NOTICE OF VOLUNTARY DISMISSAL

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System which will send notification of such filing via electronic mail to all counsel of record.

By: /s/ *Carol S. Harding*

CAROL S. HARDING
Attorney for Plaintiff